192 So. 425

**OGLESBY v. STATE.**

**6 Div. 582.**

Supreme Court of Alabama.

Dec. 7, 1939.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

GARDNER, Justice.

The appeal is from a judgment of conviction for the offense of robbery, with penalty fixed at thirty-five years' imprisonment in the penitentiary. The appeal is upon the record proper, with no bill of exceptions. We find nothing in the record calling for a reversal of the judgment, and it will accordingly be here affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.